UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1085
(1:21-cv-00067-MR)
_____

DMARCIAN, INC.

      Plaintiff - Appellee

v.

PRESSLY MCAULEY MILLEN

      Party-in-Interest - Appellant

and

DMARC ADVISOR BV, f/k/a Dmarcian Europe BV

      Defendant

_____

O R D E R
_____

Upon consideration of the certificates of confidentiality, the court seals joint appendix volume number 4 and the opening brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk