UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1085
(1:21-cv-00067-MR)

_____

DMARCIAN, INC.

    Plaintiff - Appellee

v.

PRESSLY MCAULEY MILLEN

    Party-in-Interest - Appellant

and

DMARC ADVISOR BV, f/k/a Dmarcian Europe BV

    Defendant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 08/15/2025

Any reply brief: 21 days from service of response brief.

    For the Court--By Direction

    /s/ Nwamaka Anowi, Clerk