UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1085
(1:21-cv-00067-MR)
_____

DMARCIAN, INC.

Plaintiff - Appellee

v.

PRESSLY MCAULEY MILLEN

Party-in-Interest - Appellant

and

DMARC ADVISOR BV, f/k/a Dmarcian Europe BV

Defendant

_____

O R D E R
_____

The court defers consideration of the motion to dismiss pending review of the appeal on the merits.

For the Court

/s/ Nwamaka Anowi, Clerk