FILED: January 23, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1085
(1:21-cv-00067-MR)

_____

DMARCIAN, INC.

      Plaintiff - Appellee

v.

PRESSLY MCAULEY MILLEN

      Party-in-Interest - Appellant

and

DMARC ADVISOR BV, f/k/a Dmarcian Europe BV

      Defendant

_____

O R D E R

_____

This case is currently scheduled for oral argument on January 28, 2026.

For reasons appearing to the court, the case is removed from the argument calendar.

For the Court

/s/ Nwamaka Anowi, Clerk